153 So. 287

### Glenn KERSH v. STATE.

### 6 Div. 490.

Supreme Court of Alabama.

Jan. 18, 1934.

Rehearing Denied March 22, 1934.

---

Crampton Harris, of Birmingham, and Foster, Rice & Foster, of Tuscaloosa, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, Justice.

Petition of Glenn Kersh for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Kersh v. State (6 Div. 318) 153 So. 284.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

---

[1] Ante, p. 73.